AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Hygenix, LLC,

          Plaintiff,

v.

Jiaming Xie,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:21-cv-00957-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that FINAL JUDGMENT is entered in favor of Plaintiff Hygenix, LLC, and against the Defendant Jiaming Xie for $100,299.04 (which consists of the principal amount of $100,000 and $299.04 in accrued interest), with post-judgment interest under 28 U.S.C.§ 1961 until paid in full.

| | |
|---|---|
| 4/12/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ Y. Williams |
| | Deputy Clerk |